```
                                              FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2006 MAR -7  AM 7:35

                                       LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLORIA AUCOIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3775** |
| **WARDEN JOHNNIE JONES** | **SECTION "I" (4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gloria Aucoin's petition for issuance of a Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for improper venue, lack of jurisdiction, and failure to obtain authorization to file a second or successive petition.

New Orleans, Louisiana, this _6_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____